**Order filed January 14, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00906-CV
_____

**SHELIAH DEVEREAUX AND KEVIN TAYLOR, Appellants**

**V.**

**PLAN B FINANCIAL LLC, Appellee**

**On Appeal from County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1142998**

## O R D E R

Appellants' brief was due December 19, 2019. No brief or motion for extension of time has been filed. Unless appellants file a brief with this court on or before **February 13, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.